# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

CRIMINAL ACTION NO. 18-CR-00063-JMH

UNITED STATES OF AMERICA                                    PLAINTIFF

V.

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION IN LIMINE TO PREVENT THE GOVERNMENT FROM
OFFERING EVIDENCE OF OR RELATED TO DEFENDANT'S
<u>PRIOR FELONY CONVICTION</u>**

TEDDY S. HAWKINS                                                DEFENDANT

\* \* \* \* \*

      The United States, through undersigned counsel, believes that the defendant Teddy Hawkins's Motion in Limine (DE 126) is moot. Hawkins requests that this Court prevent the government from eliciting the name and circumstances of his prior conviction in order to prove the 18 U.S.C. § 922(g) charge against him. Prior to Hawkins's trial getting continued, the government had offered Hawkins an *Old Chief* stipulation. In the last week, the government renewed its offer to stipulate. Accordingly, the government believes that Hawkins's Motion may be moot to the extent that it was filed to address the concerns in *Old Chief v. United States*, 519 U.S. 172 (1997), and the defendant and the

United States agree on the language in the proposed stipulation.[1]

                                                  Respectfully submitted,

                                                  ROBERT M. DUNCAN, JR.
                                                  UNITED STATES ATTORNEY

                           By:    s/ Emily K. Greenfield
                                                  Emily K. Greenfield
                                                  Assistant United States Attorney
                                                  260 W. Vine Street, Suite 300
                                                  Lexington, Kentucky 40507-1612
                                                  (859) 685-4811
                                                  FAX (859) 233-2658
                                                  Emily.Greenfield@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

     On February 1, 2019, I electronically filed this document through the ECF system, which will send the notice of electronic filing to counsel of record.

                                                s/ Emily K. Greenfield
                                                Assistant United States Attorney

---

[1] The government's offer to stipulate does not serve as a waiver of its right to present evidence of prior convictions or other bad acts by the defendant that that would be either intrinsic to the offenses charged or admissible pursuant to FRE Rule 404(b) or Rule 609.